# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              : No. 382
                                                    :
APPOINTMENT OF ADMINISTRATIVE    : Judicial Classification Docket
JUDGE OF TRIAL DIVISION, FIRST       :
JUDICIAL DISTRICT                          :
                                                    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2023, in accordance with the general supervisory and administrative powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Lisette Shirdan-Harris, who is serving at the pleasure of this Court as the Administrative Judge of the Trial Division of the First Judicial District of Pennsylvania, is hereby relieved of said assignment, effective December 31, 2023.  Further, all duties of the position of Administrative Judge of the Trial Division of the First Judicial District of Pennsylvania are hereby reposed in the Honorable Daniel J. Anders, Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for a term of three years or at the pleasure of this Court, effective January 1, 2024.